# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EARL JOSH ROBERTS, JR.,**<br>         Plaintiff,<br>   v.<br><br>**THE DEPARTMENT OF CORRECTIONS, ET AL.,**<br>         Defendants. | No. 1:20-CV-01229<br><br>**(Judge Rambo)** |

## ORDER

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff's civil action complaint (Doc. 2) is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute. The Court may reconsider its dismissal should Plaintiff provide his updated address within a reasonable time period.

2. The Clerk of Court is directed to **CLOSE** this case.

                                                                    s/Sylvia H. Rambo
                                                                    United States District Judge

Dated: September 3, 2020